# MARSHALL DENNEHEY
## WARNER COLEMAN & GOGGIN

ATTORNEYS-AT-LAW    WWW.MARSHALLDENNEHEY.COM

A PROFESSIONAL CORPORATION
Wall Street Plaza. 88 Pine Street, 21st Floor · New York, NY 10005
(212) 376-6400 · Fax (212) 376-6490

| | |
|---|---|
| **PENNSYLVANIA** | **OHIO** |
| Allentown | Cincinnati |
| Doylestown | Cleveland |
| Erie | |
| Harrisburg | **FLORIDA** |
| King of Prussia | Ft. Lauderdale |
| Philadelphia | Jacksonville |
| Pittsburgh | Orlando |
| Scranton | Tampa |
| **NEW JERSEY** | **NEW YORK** |
| Cherry Hill | Long Island |
| Roseland | New York City |
| **DELAWARE** | Westchester |
| Wilmington | |

Direct Dial: 212-376-6438
Email: JAHess@mdwcg.com

November 21, 2017

Honorable John F. Keenan, U.S.D.J.          Via ECF
U.S. District Court, Southern District of New York
U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:    Lisa Johnson v. Asset Acceptance, LLC, *et al.*
            Case No.1:17-cv-06226-JFK
            Request for Adjournment of Status Conference

[Stamp: MEMO ENDORSED]
[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 11-27-17]

Dear Judge Keenan:

    My firm represents defendant Asset Acceptance, LLC in the above-referenced matter. We are writing to request an adjournment of the status conference currently set for November 30, 2017, at 11:00 a.m. I have a prior commitment in another case before the U.S. District Court for the Eastern District of New York that conflicts with the status conference. Additionally, counsel for Plaintiff is considering whether to withdraw Plaintiff's claims based upon documentation recently provided by co-defendant Sharinn & Lipshie, P.C., which may obviate the need for the conference altogether. Thus, this request for adjournment is on consent of all parties.

    This is the first request for an adjournment of this conference. For the Court's convenience, counsel have conferred to provide mutually acceptable alternative dates for the conference, as follows: December 11, December 13, or December 18.

    Additionally, Judge Pitman has set a settlement conference in this matter for November 27, 2017, at 9:30 a.m. We will be requesting an adjournment of that conference for the same reasons stated above, and will be providing the same alternative dates. If the Court intends to go forward with both conferences, we would ask that they be scheduled consecutively on the same date for the convenience of all parties.

Honorable John F. Keenan, U.S.D.J.
November 21, 2017
Page 2

---

      Thank you for your consideration of this request.

                              Respectfully submitted,

                              */s/ Joseph A. Hess*

                              Joseph A. Hess

All Counsel of Record (via ECF)

All parties consenting, the status conference in this action is adjourned to December 18, 2017 at 11:00 A.M. in Courtroom 20C.

SO ORDERED.
Dated: New York, New York
       November 27, 2017

                                        John F. Keenan
                                United States District Judge